UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>) CIVIL NO. 1:19-cv-2490<br>CRYSTAL WORLD HOLDINGS, INC., THE )<br>NEW SPORTS ECONOMY INSTITUTE, and )<br>CHRISTOPHER PAUL RABALAIS )<br>)<br>Defendants, )<br>) | |

## STATUS REPORT

Plaintiff Securities and Exchange Commission and Defendants Crystal World Holdings, Inc. ("CWH"), The New Sports Economy Institute ("NSEI") and Christopher Paul Rabalais ("Rabalais") respectfully submit this Status Report to update the Court on the current posture of this proceeding, and in support thereof, show the Court as follows:

1. In their Final Joint Status Report on Mediation (ECF No. 38), the parties reported a partial resolution of the case as to CWH and NSEI in the form of a tentative "bifurcated settlement" under which the only issue remaining in the case as to those defendants is the determination of monetary relief. The parties then noted in Section 13 of their Renewed Joint Meet and Confer Statement (ECF No. 40) that in light of the tentative settlement, discovery as to CWH and NSEI in this case would be limited to a determination of monetary relief.

2. The parties have since been unable to finalize that tentative settlement. Accordingly, the parties will proceed with full discovery as to CWH and NSEI along with full discovery as to Rabalais, which with respect to him, the parties originally had noted in the Renewed

Joint Meet and Confer Statement. In addition, the parties note that because all defendants have now elected to contest the case, the process set forth in Section 13 of the Renewed Joint Meet and Confer Statement is applicable to all defendants – that is, the trial of this matter on defendants' substantive liability will proceed first before a jury, if not resolved before by dispositive motion. If they are found liable, the Court then would decide as a matter of law in post-trial proceedings the SEC's requested relief, including injunctive relief, disgorgement, prejudgment interest, and civil penalties.

3. The parties note that this change in the posture of the case with respect to CWH and NSEI does not impact the existing deadlines set by the Court in the Scheduling Order (ECF No. 41). However, the parties agreed to extend the deadline for defendants to provide their supplemental initial disclosures, as well as documents associated therewith and a privilege log, to December 1, 2022.

DATED: January 3, 2023

Respectfully submitted,

/s/ Patrick R. Costello

Patrick R. Costello (Florida Bar No. 75034)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-5949
Telephone: (202) 551-3982
Fax: (202) 772-9282
Email: costellop@sec.gov

Attorney for Plaintiff

/s/ James M. Falvey (*by express permission*)

James M. Falvey (IL Bar No. 6210592)
Falvey Law Office
200 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Telephone: (312) 404-5839
Email: jimfalvey@yahoo.com

Cheryl D. Stein (No. 256693)
Cheryl D. Stein, Attorney at Law
1824 N. Capitol Street, NW # 1
Washington, DC 20002
Telephone: (202) 388-4682
Fax: (202) 393-4683
Email: cdstein3@verizon.net

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on January 3, 2023, I caused to be served the foregoing STATUS REPORT either by (i) using the CM/ECF system, which will send notification of such filing to counsel for Defendants at the following addresses; or (ii) sending via electronic mail to those counsel for Defendants not yet registered on the CM/ECF system at the following addresses:

Cheryl D. Stein
1824 N. Capitol Street, NW # 1
Washington, DC 20002
Email: cdstein3@verizon.net

James M. Falvey
Falvey Law Office
200 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
Email: jimfalvey@yahoo.com

Attorneys for Defendants

/s/ Patrick R. Costello
Patrick R. Costello