# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION </br></br> Plaintiff, </br></br> v. </br></br> CRYSTAL WORLD HOLDINGS, INC., THE NEW SPORTS ECONOMY INSTITUTE, and CHRISTOPHER PAUL RABALAIS </br></br> Defendants, | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) CIVIL NO. 1:19-cv-2490 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S NOTICE OF SERVICE OF SECOND SET OF DISCOVERY TO DEFENDANT CHRISTOPHER PAUL RABALAIS

Plaintiff Securities and Exchange Commission hereby provides notice that on January 23, 2023, it served its Second Set of Interrogatories, Second Request for Admission, and Second Request for Production directed to Defendant Christopher Paul Rabalais.

DATED:  January 23, 2023

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Patrick R. Costello
Patrick R. Costello (FL Bar No. 75034)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-5949
Telephone: (202) 551-3982
Fax: (202) 772-9282
Email: costellop@sec.gov
*Appearing pursuant to LCvR 83.2(e)*

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2023, I caused to be served the foregoing PLAINTIFF'S NOTICE OF SERVICE OF SECOND SET OF DISCOVERY TO DEFENDANT CHRISTOPHER PAUL RABALAIS either by (i) using the CM/ECF system, which will send notification of such filing to counsel for Defendants at the following addresses; or (ii) sending via electronic mail to those counsel for Defendants not yet registered on the CM/ECF system at the following addresses:

>Cheryl D. Stein
>1824 N. Capitol Street, NW # 1
>Washington, DC 20002
>Email: cdstein3@verizon.net
>
>James M. Falvey
>Falvey Law Office
>200 S. Wacker Drive, Suite 3100
>Chicago, Illinois 60606
>Email: jimfalvey@yahoo.com
>
>Attorneys for Defendants

/s/ Patrick R. Costello
Patrick R. Costello